IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HAVCO WOOD PRODUCTS, LLC,

        Plaintiff,

v.

INDUSTRIAL HARDWOOD
PRODUCTS, INC.,

        Defendant.

ORDER

10-cv-566-wmc

---

Having reviewed plaintiff's deposition designations, defendant's counter-designations and any objections, the court makes the following rulings as to Ziqiang "John" Lu's deposition. The approved designations and counter-designations may be presented to the jury unless the witness is available to testify in person. **Plaintiff shall remove all objections and any other asides or discussions between counsel**, even where not noted by the court in its rulings.

| Havco's Designations | Defendant's Objections | Defendant's Counter-designations | Plaintiff's Objections | Ruling |
|---|---|---|---|---|
| 4:1-7:10 | 5:25-6:20 Rules 401/402 (irrelevant) | | | Sustained as to 6:6-20, overruled in all other respects. |
| 9:24-11:3 | 9:24-11:3 Rule 402 (irrelevant); Rule 403 (prejudicial) | 11:11-19 | | Sustained as to 10:19-22, overruled in all other respects. |

| Havco's Designations | Defendant's Objections | Defendant's Counter-designations | Plaintiff's Objections | Ruling |
|---|---|---|---|---|
| 19:1-2 | No objection | 18:10-25 | FRE 611(b); dkt. 198, p. 8 ("[D]efendant may not reserve any right to present testimony from deposition transcripts since IHP failed to file any deposition designations.") | Overruled.[1] |
| 22:5-23:11 | 22:5-23:11 Rule 402 (irrelevant); Rule 403 (prejudicial) | | | Overruled. |
| 24:15-21 | No objection | | | |
| 25:23-28:1 | No objection | | | |
| 35:4-38:13 | No objection | | | |
| 40:15-41:9 | 40:15-41:9 Rule 402 (irrelevant); Rule 403 (prejudicial) | | | Overruled. |
| 42:24-43:8 | 42:24-43:8 Rule 402 (irrelevant); Rule 403 (prejudicial) | | | Overruled. |
| 47:12-48:18 | 47:12-48:18 Rule 402 (irrelevant); Rule 403 (prejudicial) | | | Sustained. |

---

[1] Where there is only an objection to the counter-designation, the ruling addresses that objection. Where there is an objection to both the designation and the counter-designation, the court will address both objections separately.

| Havco's Designations | Defendant's Objections | Defendant's Counter-designations | Plaintiff's Objections | Ruling |
|---|---|---|---|---|
| 48:24-51:24 | 48:24-51:24 Rule 402 (irrelevant); Rule 403 (prejudicial); 49:11-19 (form); 50:7-12 (lawyer objection); 51:8-11 (lawyer comment) | | | Sustained. |
| 54:3-24 | 54:14 (lawyer objection); 54:18-24 Rule 402 (irrelevant); Rule 403 (prejudicial); | | | Overruled. |
| 57:6-9 | 57:6-59:3 Rule 402 (irrelevant); Rule 403 | | | Sustained. |
| 57:22-59:3 | 57:6-59:3 Rule 402 (irrelevant); Rule 403 (prejudicial); 58:25-59:3 Rules 603 (foundation); Rule 802 (hearsay) | 60:14-63:11 | | Sustained. |
| 63:25-65:13 | 63:25-65:13 Rule 105 (limited admissibility); Rule 402 (irrelevant); Rule 403 (prejudicial) | | | Sustained. |
| 66:3-67:3 | 66:3-67:3 Rule 403 (prejudicial) | | | Sustained as to 66:3, overruled in all other respects. |
| 67:18-69:21 | No objection | 69:22:3 | | |
| 72:4-73:7 | No objection | | | |
| 74:25-76:13 | 75:5-76:13 Rule 402 (irrelevant); Rule 403 (prejudicial); Rule 602 (foundation) | 77:20-80:5 | FRE 611(b); dkt. 198, p. 8 | Overruled as to objection to designation; overruled as to objection to counter-designation. |
| | | 80:6-81:15 | FRE 611(b); dkt. 198, p. 8 | Overruled. |

3

| Havco's Designations | Defendant's Objections | Defendant's Counter-designations | Plaintiff's Objections | Ruling |
|---|---|---|---|---|
| | | 82:18-83:8 | FRE 611(b); dkt. 198, p. 8 | Overruled. |
| | | 84:22-85:2 | FRE 611(b); dkt. 198, p. 8 | Overruled. |
| | | 86:3-23 | FRE 611(b); dkt. 198, p. 8 | Overruled. |
| 88:15-89:18 | No objection | | | |
| 91:1-10 | No objection | 91:11-18 | FRE 611(b); dkt. 198, p. 8 | Overruled. |
| 93:8-94:9 | 93:8-94:9 Rule 402 (irrelevant); Rule 403 (prejudicial) | | | Overruled. |
| 96:10-97:18 | No objection | | | |
| 97:19-103:4 | 97:24-103:4 Rule 402 (irrelevant); Rule 403 (prejudicial) | 103:10-104:7 | | Overruled. |
| 104:8-16 | 104:15 (lawyer objection) | 104:17-105:2 | Incomplete; 105:3-16 | Sustained as to objection to designation; sustained as to objection to counter-designation; include 105:3-16. |
| 105:17-20 | No objection | | | |
| 109:12-19 | 109:18-20 Rule 402 (irrelevant); Rule 403 (prejudicial) | | | Overruled. |
| 118:10-18 | 118:10-18 Rule 602 (foundation); (form) | | | Overruled. |
| 120:14-121:1 | No objection | 121:16-122:6 | No witness testimony counter-designated by IHP; attorney question only | Overruled. |
| | | 122:15-21 | | |

4

| Havco's Designations | Defendant's Objections | Defendant's Counter-designations | Plaintiff's Objections | Ruling |
|---|---|---|---|---|
| 131:8-11 | No objection | 129:2-6; 131:25-132:5 | FRE 611(b); dkt. 198, p. 8 | Overruled, but incomplete; include 129:7. |
| | | 133:2-5 | FRE 611(b); dkt. 198, p. 8 | Overruled, but incomplete; include 132:17-20. |
| 134:16-25 | No objection | | | |
| 142:1-143:12 | 142:11-25 (not produced); 143:1-11 (lawyer argument); 143:11-12 Rule 602 (foundation) | | | Sustained as to 143:11-12 but overruled in all other respects. |
| 144:2-6 | 144:2-6 Rule 602 (foundation) | | | Overruled. |
| 145:3-6 | No objection | | | |
| 150:17-151:7 | No objection | | | |
| 167:22-168:4 | No objection | 168:5-25 | | |
| 169:1-7 | No objection | 169:25-170:7 | FRE 611(b); dkt. 198, p. 8 | Overruled. |
| 179:19-181:2 | 179:19-181:2 Rule 402 (irrelevant); Rule 403 (prejudicial) | | | Overruled. |
| 182:24-183:6 | No objection | | | |
| 183:15-21 | 183:15-21 Subject to Motion in Limine; Rule 402 (irrelevant); Rule 602 (foundation) | | | Reserved.[2] |

---

[2] The court will address the objections to these designations as the October 18, 2012 hearing.

| Havco's Designations | Defendant's Objections | Defendant's Counter-designations | Plaintiff's Objections | Ruling |
|---|---|---|---|---|
| 183:22-184:13 | 183:22-184:13 Motion in Limine; Rule 402 (irrelevant); Rule 602 (foundation) | | | Reserved. |
| 185:4-17 | No objection | | | |
| 188:18-22 | No objection | 188:10-22 | FRE 611(b); dkt. 198, p. 8 | Overruled. |
| 198:12-15 | No objection | | | |

Entered this 17th day of October, 2012.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge