IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAVCO WOOD PRODUCTS, LLC,

        Plaintiff,

v.

INDUSTRIAL HARDWOOD
PRODUCTS, INC.,

        Defendant.

SPECIAL VERDICT

10-cv-566-wmc

We, the jury, for our special verdict, do find as follows:

Question No. 1: Has plaintiff Havco Wood Products, LLC, proven by a preponderance of the evidence that defendant Industrial Hardwood Products, Inc. has infringed claim 1 of U.S. Patent No. 5,928,735 (the '735 patent)?

        Answer: __Yes__

Question No. 2: Has plaintiff proven by a preponderance of the evidence that defendant has infringed claim 1 of U.S. Patent No. 6,179,942 (the '942 patent)?

        Answer: __Yes__

Question No. 3: Has plaintiff proven by a preponderance of the evidence that defendant has infringed claim 1 of the U.S. Patent No. 6,183,824 (the '824 patent)?

        Answer: __Yes__

Question No. 4: Has plaintiff proven by a preponderance of the evidence that defendant has infringed claim 1 of U.S. Patent No. 6,558,765 (the '765 patent)?

Answer: Yes

_Brittany A. Wilson_
Presiding Juror

Madison, Wisconsin

Dated this 24 day of October, 2012.