IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HAVCO WOOD PRODUCTS, LLC,

    Plaintiff,

v.

INDUSTRIAL HARDWOOD PRODUCTS, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-566-wmc

---

This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Havco Wood Products, LLC, finding that defendant Industrial Hardwood Products, Inc., infringed claim 1 of U.S. Patent Nos. 5,928,735, 6,179,942, 6,183,824, and 6,558,765.

IT IS FURTHER ORDERED AND ADJUDGED that summary judgment is granted in favor of defendant Industrial Hardwood Products, Inc., with respect to non-infringement of U.S. Patent No. 6,558,766.

Approved as to form this 30th day of October, 2012.

_____
William M. Conley
District Judge

_____　　　　　10/30/12
Peter Oppeneer, Clerk of Court　　　　　Date